## IN the MATTER OF the CARE AND TREATMENT OF James MCCREARY, Appellant.

### ED 102623

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: December 29, 2015

Application for Transfer to the Supreme Court Denied February 11, 2016

Application for Transfer Denied May 3, 2016

Erika R. Eliason, 1000 W. Nifong, Bldg. 7, Suite 100, Columbia, Missouri 65203, for Appellant.

Chris Koster, Mary H. Moore, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

PER CURIAM

James McCreary ("Appellant") appeals from the judgment of the probate court, following a jury trial, finding him to be a sexually violent predator ("SVP") and committing him to secure confinement with the Department of Mental Health. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).